BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: JACK O. ESLINGER
Deputy City Attorney
Nevada Bar No. 8443
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jeslinger@lasvegasnevada.gov
Attorneys for *City of Las Vegas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIN WELLS, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:16-cv-0828-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Erin Wells, by and through her attorney Trevor J. Hatfield, Esq., of Hatfield & Associates, Ltd., and Defendant City of Las Vegas, by and through its attorneys, Bradford R. Jerbic, City Attorney, by Jack O. Eslinger, Deputy City Attorney, and representing that no trial has been set, hereby stipulate to dismissal with prejudice.

　　　　On November 8, 2016 the parties settled this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED that this matter is hereby dismissed with prejudice.

DATED: December 15, 2016                    DATED: December 19, 2016

/s/ Jack Eslinger                           /s/

JACK O. ESLINGER                            TREVOR J. HATFIELD, ESQ.
Deputy City Attorney                        HATFIELD & ASSOCIATES, LTD.
CITY OF LAS VEGAS                           Nevada Bar No. 7373
Nevada Bar No. 8443                         703 South Eighth Street
495 South Main Street, Sixth Floor          Las Vegas, NV 89101
Las Vegas, NV 89101                         Attorneys for Plaintiff
Attorneys for Defendant

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: December 22, 2016.

_____
UNITED STATES DISTRICT JUDGE